[Nos. 17379-1-I; 17609-1-I. Division One. June 22, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
BARON A. BERKINS, *Appellant*.

Appeals from a judgment of the Superior Court for King

County, No. 85–1–02292–7, Robert W. Winsor, J., entered December 6, 1985. *Affirmed* by unpublished opinion per Webster, J., concurred in by Williams and Coleman, JJ.